CLERK'S Letter from t/Central Dist. of CA transferring case & transmitting t/following:
6/3/98 1 COMPLAINT filed Summons(es) Issued referred to Discovery Margaret A. Nagle (bg) [Entry date 06/12/98] [2 98cv4 500]

 6/24/98--PREPARED ORDER RE TRANSFER Pursuant to General Order 224(Related Case) by Clerk; related to CV97-7023 HLH (RCx) (jc) [Entry date06/24/981 [2:98cv4500]

7/6/98 2 ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case transferred from Judge George H. King to Judge Harry L. Hupp for all further proceedings. The case number will now reflect the initials of the transferee Judge [ CV98-4500 HLH (RCx) ] ., Case referred from Discovery Margaret A. Nagle to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc) [Entry date 07/07/981 [2:98cv4500]

7/30/983 APPLICATION filed by plaintiff for appointment to plfs steering committee (tw) [Entry date 08/03/98] [2: 98cv4500]

8/5/98 4 FIRST AMENDED COMPLAINT [1-1] by plaintiff ChoiCheong-Ye, plaintiff Hae-Yeol Kim, plaintiff Choong-Hee Nam, plaintiff Hak-Yoo Hong, plaintiff Kim Jung-Gon, plaintiff Yang-Ja Lee, plaintiff Kyeong-Myung Park, plaintiff Un-Hwan Lee, plaintiff Kyung-Sook Hur, plaintiff Choon Ja Sung, plaintiff Suk Yoon Choi, plaintiff Sun Hye Lee, plaintiffMm Seok Kim terminating plaintiff Mm Seok Kim, plaintiff Sun Hye Lee, plaintiffJeong Cheol Ju, plaintiff Kyung-Sook Hur, plaintiff Myung-Ja Hung; addingYeon-Shim Yoo, Soo-Young Lee, Mi-Ran Jeong, Seong-Hyeon Jeong, Soon-Tae Chung,Sung-Bong Park, Nam Soo Park, Sang-Rye Nam, Un-In Lee, Jie-Hoon Llee, Jung-JaChoi, Sung-Hun Kim, Son-Nam Jung, Jong-Nam Kim, Myung-Ok Yoon, Jong-Nam Kim,Yong-Taek Park, Tae-Soon Jung, Jung-soon Park, Serco Management Ser, Barton ATCInt; jury demand. Summons summons issued (shb) [Entry date 08/20/981[2:98cv4500]

8/7/98 7 ORDER of consolidation by Judge Harry L. Hupp ;mandatory status conference set on 1:30 10/9/98 (Relates to MDL 1237 and all other related actions) (shb) [Entry date 09/16/981 [2: 98cv4500]

8/20/98  5 WAIVER OF SERVICE of SUMMONS by defendant SercoManagement Ser sent by plf on 8/10/98 signed by atty for dft R. M.Kern on 8/11/98 (tw) [Entry date 08/21/981 [2:98cv45001

8/20/98  6 WAIVER OF SERVICE of SUMMONS by defendant Korean AirLines sent by plf on 8/10/98 signed by atty for dft Jennifer Johnston on 8/12/98 (tw) [Entry date 08/21/98] [2: 98cv4500]

3/28/988 ANSWER filed by defendant Serco Management Ser to FIRST amended complaint [4-1]; jury demand (Relates to cv97-7023 HLH (RCX) and 98 MDL 1237) (shb) [Entry date 09/23/98] [2: 98cv4 500]

9/1/98 9 PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM & ORDER by Judge Harry L. Hupp. It is ord that the petition of Kyeong-Myung Park be granted and that she be appt Grardian ad Litem of the minors Yae-Ran Jeong, Mi-Ran Jeong and Seong-Hyeon Jeong to prosecute the actn for the minors. (Relates to MDL 1237) (shb) [Entry date 09/25/98] [2: 98cv45001

10/9/98  10  NOTICE OF MOTION AND MOTION by defendant Korean AirLines to dismiss for lack of jurisdiction ; motion hearing setfor 10:00 11/2/98 Lodged Prop Ords. (et) [Entry date 10/30/98] [2:98cv45001]

10/9/98  11  MEMORANDUM OF P/A by defendant Korean Air Lines insupport of

motion to dismiss for lack of jurisdiction [10-1] (et) [Entry date 10/30/98] [2:98cv4500]

10/9/9812 DECLARATION of Young-Ki Kim by defendant Korean AirLines re motion to dismiss for lack of jurisdiction [10-1] (et) [Entry date 10/30/98] [2:98cv4500]

11/13/98 13 OPPOSITION by plaintiff to motion to dismiss for lackof jurisdiction [10-1] (Relates to MDL 1237, cv 9-2720; 98-8132; 98-8133; 98-8134; 98-8135; 98-8136; 98-8137; 98-8138; 98-8139; 98-8140; 98-8141; 98-8142; 98-8143;98-6317; 98-6320) (shb) [Entry date 11/17/98] [2: 98cv4500]

11/13/98 17 STIPULATION and ORDER by Judge Harry L. Hupp to amendcomplaint (Relates to MDL 1237) (shb) [Entry date 12/22/98] [2: 98cv4500] 11/13/98 --(Utility Event) - Adding party(s) Bok Hee Lee, Jung JaChoi to case(s) 2:98-cv-04500, (shb) [Entry date 03/01/99] [2:98cv4500]

11/13/98 24 SECOND AMENDED COMPLAINT [4-1]; jury demand. Summonsissuedon 2nd amd cmp (shb) [Entry date 03/01/99] [2:98cv4500] 11/25/98

14 REPLY memorandum of points and authorities by defendant Korean Air Lines n support of motion to dismiss pltfsclaims for lack of treaty jurisdiction [10-li (Relates toMDL 1237, cv 98-2720; 98-8132; 98-8133; 98-8134; 98-8135; 98-8136; 98-8137;98-8138; 98-8139; 98-8140; 98-8141;98-8142; 98-8143; 98-6317; 98-6320) (shb) [Entry date 12/07/98] [2:98cv4500] 12/7/9815ORDER by Judge Harry L. Hupp granting Korean Airlines motion to dismiss for lack of treaty jurisdiction [10-1] (Relates to MDL 1237) (ENT: 12/11/98) mld cpys & ntc. (shb) [Entry date 12/11/98] [2:98cv4500]

12/7/98 16 MINUTES: re KAL's mot to dism for lack of treaty jurisdiction under FRCP 12(b) and/or (12(b)(6). The dfts mot to dism for lack of jurisdiction under FRCP 12(b)(1) is granted and the various actns are dismissed to KAL only by jgm. .The alt 12(b)(6) mot is placed off cal as moot. by Judge Harry L. Hupp CR: Cynthia Mizell (ENT: 12/11/98) mld cpys & ntc. (Relates to MDL 1237, cv 98-2720; 98-8132; 98-8133; 98-8134; 98-8135; 98-8136; 98-8137; 98-8138; 98-8139; 98-8140; 98-8141; 98-8142; ;98-8143. 98-6317; 98-6320) (shb) [Entry date 12/11/98] [2:98cv4500]

12/22/98 18 Proof of service of S/C on 2nd A/C executed upon USAO personally srvd on Liza Lozano, person auth to accpt svc of process on 12/15/98 (el) [Entry date 12/23/98] [2: 98cv4500] 12/22/98 19Proof of service of S/C on 2nd A/C executed by certified mail on the Atty General, Washington on 12/15/98 (orig rcpt attached) (el) [Entry date 12/23/98] [2:98cv4500]

12/30/98 20 ATTORNEY SUBSTITUTION: terminating attorney Walter JLack for Yeon-Shim Yoo by plaintiff Yeon-Shim Yoo and substituting attorney Anthony De Los Reyes by Judge HarryL. Hupp (el) [Entry date 12/31/98] [2:98cv4500]

12/30/98 21 ATTORNEY SUBSTITUTION: terminating attorney Walter JLack for Hae-Yeol Kim by plaintiff Hae-Yeol Kim and substituting attorney Anthony De Los Reyes by Judge HarryL. Hupp (el) [Entry date 12/31/98] [2:98cv4500]

1/7/99 22 STIPULATION filed re answer answer [8-1] It is stip that dft Serco's answer to first amd cmp be deemed as the answerto pltfs 2nd amd cmp. (Relates to MDL 1237) (shb) [Entry date 01/07/99][2:98cv4500]

1/7/99 22 DEMAND for jury trial by defendant Serco Management Ser (Relates to MDL 1237) (shb) [Entry date 01/07/99] [2 : 98cv4500] 2/16/99--(Utility Event)- Adding party(s) USA to case(s) 2:98-cv-04500, (shb) [Entry date 02/25/99] [2:98cv4500]

2/16/99 23 ANSWER filed by defendant USA in 2:98-cv-04500 to second amended complaint [4-1] (Relates to MDl 1237) (shb) [Entry date 02/25/99] [2:98cv4500]

2/16/99 23 THIRD-PARTY COMPLAINT: by defendant USA in2:98-cv-04500; adding Korean Air Lines Co to case(s) 2:98-cv-04500, Summons not issued (Relates to MDL 1237) (shb)[Entry date 02/25/99] [2:98cv4500]

3/23/99 25 WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air Lines Co sent by plf on 3/4/99 (el)[Entry date 03/25/99] [2:98cv4500]

4/19/99 26 NOTICE OF MOTION AND MOTION by defendant SercoManagement Ser for summary judgment re actions where pltfs have signed releases in Serco's favor; exhibits ; motion hearing set for 10:00 5/17/99 Lodged stint of uncontroverted facts & lodged 11 orders (Relates to MDL 1237, cv 98-6236; 98-2243; 98-5450) (shb) [Entry date 04/21/99] [2:98cv4500]

4/19/99 27 DECLARATION of Sean Novak by defendant Serco Management Ser re motion for summary judgment re actions where pltfs have signed releases in Serco's favor [26-1] (Relates to MDL 1237, cv 98-6336; 98-2243; 98-4500; 98-5450) (shb) [Entry date 04/21/99] [2:98cv4500]

4/30/99 29 NOTICE OF CHANGE Of FIRM Address filed by atty Frank A Sil'ane for defendant Korean Air Lines, Jennifer J Johnstonfor defendant Korean Air Lines [Related to MDL #1237] (et) [Entry date 05/05/99][2:98cv4500]

5/3/99 28 ANSWER filed by defendant Korean Air Linestothird-party complaint [23-1] [Relates to MDL# 98-1237](et) [Entry date 05/03/99] [2:98cv4500]

5/11/99 30 DECLARATION of Sean M. Novak in supprt of Serco's rplyto plas' opposition by defendant Serco Management Ser re motion for summary judgment re actions where pltfs have signed releases in Serco's favor [26-1] [Relates to MDL #1237; CV 98-6236; CV 98-2243; CV 98-4500 & CV 98-5450] (et) [Entry date 05/17/99] [2:98cv4500]

5/11/99 31 REPLY by defendant Serco Management Ser to opposition to pla's motion for summary judgment re actions where pltfs have signed releases in Serco's favor [26-1] [Relates to MDL #1237; CV 98-6236;CV 98-2243; CV 98-4500 & CV 98-5450] (et) [Entry date 05/17/99] [2:98cv4500]

5/17/99 32 MINUTES: granting motion for summary judgment re actions where pltfs have signed releases in Serco's favor [26-1]; The mot for s/j is granted as to the heirs of decedents listed in actns cv 98-4500 and cv 98-5450. The mot to dism the actns of cv 98-6236 and cv 98-2243 are denied w/o prej to renew by reason of a triable issue of fact and resolution of choice of law problems. (Relates to MDL 1237, cv 98-2243; 98-5450; 98-6236) (ENT: 5/20/99) mld cpys & ntc. by Judge Harry L. Hupp CR: Cynthia Mizell (shb) [Entry date 05/20/99] [2:98cv4500] ;

/17/99 33 STIPULATION and ORDER by Judge Harry L. Hupp dismissing party Serco Management Ser; based upon the forefoing stip, it is ord that the within matter is dismissed against Serco Management Inc with prejudice; with all parties to bear their own costs, atty fees and expenses. (ENT: 5/20/99) mld cpys & ntc. (Relates to MDL 1237) (shb) [Entry date 05/20/99] [2:98cv4500]

3/31/00 36 NOTICE OF MOTION AND MOTION by defendant USA to dismiss, or in the alt to transfer case ; motion hearing set for9:30 6/21/00 (Relates to MDL 1237) (shb) [Entry date 06/21/00] [2:98cv4500]

3/7/00 34 OPPOSITION by plaintiff to dft USA to mot to dism alt to trfr case

to District of Guam (relates to MDL 1237) (dmjr) [Entry date 06/16/00] [2:98cv4500]

3/7/00 35 OPPOSITION by plaintiff to dft USA mot to dism or alt to trfr case to District of Guam (relates to MDL 1237) (dmjr) [Entry date 06/16/00] [2:98cv4500]

5/14/00 37 REPLY by defendant USA in suppt of its motion to dismiss cases improperly filed in the Central District [36-1] motion to transfer case to the District of Guam [36-2] (shb) [Entry date 06/21/00] [2:98cv4500]

7/3/00 38 ERRATA sheet to defendant USA's reply memo in supprt of motion to dismiss [36-1] , motion to transfer case [36-2](pbap) [Entry date 07/05/00] [2:98cv4500]

7/31/00 39 DECLARATION of Brian J. Alexander by plaintiff SteeringCommittee (pbap) [Entry date 08/01/00] [2:98cv4500]

7/31/00 40 SURREPLY by plaintiff Steering Committee in Opp re [36-1]re [36-2] (pbap) [Entry date 08/03/00] [2:98cv4500]

8/2/00 41 NOTICE OF MOTION AND MOTION by plaintiff for reconsideration re Korean Air Lines' mtn to dism for want of treaty jurisd ; motion hearing set for 10:00 8/28/00(pbap) [Entry date 08/04/00] [2:98cv4500]

8/7/00 42 RESPONSE by defendant USA to plfs' Surreply in Opp to motion to dismiss [36-1] , to motion to transfer case[36-2] . (re: MDL 1237) (pbap) [Entry date 08/10/00] [2: 98cv4500]

8/10/00 43 NOTICE OF MOTION AND MOTION by plaintiff SteeringCommittee re choice of law on the issue of damages agnst dfts US, Serco and KAL ; motion hearing set for 10:00 8/28/00Lodged ord (pbap) [Entry date 08/11/00] [2:98cv4500]

8/10/00 44 MEMORANDUM IN SUPPORT by plaintiff Steering Committee of motion re choice of law on the issue of damages agnst dftsUS, Serco and KAL [43-1] (pbap) [Entry date 08/11/00] [2 : 98cv4500]

8/16/00 45 OPPOSITION by defendant Korean Air Lines to motion for reconsideration re Korean Air Lines' mtn to dism for want of treaty jurisd [41-1] (re: MDL 1237) (pbap) [Entry date 08/18/00] [2:98cv4500]

8/16/00 46 DECLARATION of Frank A. Silane by defendant Korean Air Lines Co Ltd in opp re motion for reconsideration re Korean Air Lines' mtn to dism for want of treaty jurisd [41-1](re: MDL 1237) (pbap) [Entry date 08/18/00] [2~98cv4500]

8/18/00 47 DECLARATION of Fearghal O'Loan by defendant Korean Air Lines in opp to motion for reconsideration re Korean AirLines' mtn to dism for want of treaty jurisd [41-1] (yl) [Entry date 08/21/00][2:98cv4500]

8/21/00 48 MEMORANDUM filed by defendant USA in opposition tomotion for reconsideration re Korean Air Lines' mtn to dism for want of treaty jurisd (41-1] (re: MDL 1237) (pbap) [Entry date 08/29/00] [2:98cv4500]

8/22/00 49 REPLY by plaintiffs re [41-1] (re: MDL 1237) (pbap) [Entry date 08/29/00] [2:98cv4500] 8/28/0050MINUTES: denying motion for reconsideration re KoreanAir Lines' mtn to dism for want of treaty jurisd [41-1] . There is no basis for recons. The orig analysis is tht there is no treaty jurisd as to the Korean plfs was and is correct by Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap) [Entry date 09/05/00] [2:98cv4500]

10/25/00  51  PETITION for compromise of disputed claims of minorJeon, Sung-Hyung agnst the USA and approval of payment of costs and attys' fees (Park, Kyung-Myung as guardian ad litem) byplaintiffs (re MDL 1237) (pbap) [Entry date 10/26/00] [2: 98cv45 00]

10/25/00  --LODGED/PROPOSED ORDER submitted (FWD TO CRD) (pbap) [Entry date 10/26/00] [2:98cv4500] 10/25/00  52PETITION for compromise of disputed claims of minorJeong, Yea-Ran agnst the USA and approval of pymnt of costs andattys' fees by plaintiffs (re: MDL 1237) (pbap) [Entry date 11/02/00][2:98cv4500]

10/25/00  --LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap) [Entry date 11/02/00] [2:98cv4500]

10/25/00  53  PETITION for compromise of disputed claims of minorJeong, Mee-Ran agnst the USA and approval (of pymnt of costs an attys' fees by plaintiffs (pbap) [Entry date 11/02/00] [2: 98cv4500]

10/25/00--LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap) [Entry date 11/02/00] [2:98cv4500]

11/13/00  54  ORDER by Judge Harry L. Hupp granting petition [52-1]. ORD tht Ptnr Park, Kyung-Myung is auth to execute full releases, dismls w/prej and any other appr doc in rtrn for annuity described in the petn. (pbap) [Entry date 11/20/00] [2: 98cv4500]

11/13/00  55  ORDER by Judge Harry L. Hupp granting petition [53-li. ORD tht Ptnr, Park, Kyung-Myung is auth to execute full releases, dism w/prej and any other appr doc in retnr for the annuity described in the petn. (pbap) [Entry date 11/20/00] [2:98cv4500]

1/13/00  56  ORDER by Judge Harry L. Hupp granting petition [51-1]. ORD tht Ptnr Park, Kyung-Myung is auth to execute full releases, disml w/prej and any other appro docs in rtrn for the annuity described in the petn. (pbap) [Entry date 11/20/00] [2:98cv45001]

3/19/01  57  WITNESS list submitted by defendant USA (pbap)[Entry date 03/21/01] [2:98cv4500]

3/19/01  59  MEMO OF CONTENTIONS OF FACT and LAW by defendant USA(re:98-4500) (pbap) [Entry date 03/21/01] [2:98cv4500]

3/20/01  58  WITNESS list for trial submitted by plaintiffs (pbap)[Entry date 03/21/01] [2:98cv45001]

3/20/01  60  MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (pbap)[Entry date 03/21/01] [2:98cv4500]

3/20/01  61  EXHIBIT list for trial by plaintiffs (re: 98-4500)(pbap) [Entry date 03/21/01] [2:98cv4500] 3/26/0162Amd Jnt exh 1st for trial/notice of errata. (re: MDL1237)(pbap) [Entry date 03/29/01] [2:98cv4500]

3/28/01  63  NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp plf's amd jnt exh 1st for trial rcvd on 3/26/01 is to be fld and processed. (pbap) [Entry date 03/29/011 [2: 98cv4500]

3/28/01  64  MINUTES: by Judge Harry L. Hupp ; pretrial conference on 1:30 4/9/01 The revised PTC order shall contain the fol:(see mins) CR: Cynthia L. Miizell (yc) [Entry date 04/03/01] [2:98cv4500]

4/3/01 65  AMD Jnt exh list per court order. (re: MDL 1237) (Ki, Bong- Su-decedent) (pbap) [Entry date 04/09/01] [2: 98cv4500]

4/3/01 66  WITNESS list submitted by plaintiffsi for trial (RelatestoMDL 1237) (shb) [Entry date 04/12/01] [2:98cv4500]

4/5/01 67  MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-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; 98-6343; 98-6342; 98-6341; 93-6337; 98-6383; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243; 98-6389; 99-13513; 99-7226; 99-13527; 99-13503; 98-6387 are advised of the ; pretrial conference on 1:30 4/18/01. If you hv any questions concerning this MO, please contact the crt clk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/13/011 [2:98cv45001]

4/18/01  68  MINUTES: PTC Order. All OSCs are vacatedby Judge HarryL. Hupp CR: Cynthia 1. Mizell **see Mo for detailed info** (pbap) [Entry date04/24/01] [2:98cv4500]

4/18/01 69 AMENDED PRE-TRIAL CONFERENCE ORDER approved by Judge HarryL. Hupp The parties estimate the trial will take between 3-5 trial days. Thetrial is to be a jury trial as to defendants Serco Management Services, Inc.(See document for further details) (Relates to MDL 1237) (shb) [Entry date05/03/01] [2:98cv4500]

4/23/01  70  MINUTES: Case transferred to the United States District Court for the District of Guam for trial on the issues of damages. After various severances and consolidations, there are five cases for trial, organized by decedent asfollows: (1) Decedent Kim Bong Su -CV 98-4500; (2) Decedent Chi Ki Chul - CV98-5450; (3) Decedent Lee Kyung Han - CV 98-6369; 99-13513; (4) Lee Sung Chuland Song Byung Won (husband and wife), CV 99-13508, CV 98-13527; Cv 98-6369 and98-8140; (5) Yun or (Yoon) sun Kyu- CV-97-7226,98-2443 (f) . With regard to cv 98-2243 (f) , the claims of plaintiffs Ahn fofthe death of decedent Yun habe prevoiusly been severed from the balance of CV98-2243 and consolidated with CV 99-7226. The claims of plaintiffs Ahn relatedto thedeath of yun Sun Kyu are now designated by number cv 98-2243 (f) . Theremainder of cv 98-2243 is not transferred to the District of Guam and remainsinthe Central District. Case transferred to Dist of: Guam by Judge Harry L. HuppCR: Cynthia Mizell (ENT:5/3/01) MD JS-6 (Relates to MDL 1237, cv 98-5450,98-6369; 99-13513; 99-13508; 99-13527; 98-6369; 98-8140; 99-7226; 98-2243(f)(shb) [Entry date 05/03/01] [2:98cv4500]

5/3/01 --TRANSMITTAL of documents transmittal letter, certified transfer order, certified docket, and entire case file transferred to USDC District of Guam. (shb) [Entry date 05/03/01] [2:98cv4500];   [RSN EOD 05/15/2001]